UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **14cv0595**

Motion for: Seeking extension to file Form C & D and appeal fee

Caption [use short title]:

SANTIAGO TORRALBA AND ALEJANDRO ZACATENCO
                                        Plaintiffs
-against-
LITTLE INDIA STORES INC., LITTLE INDIA GROCERY INC., SUSHMA GUPTA, SHIPRA DOE, and RAJAN DOE,
                                        Defendants

Set forth below precise, complete statement of relief sought:

The defendants are seeking extension of time to file Form C & D and appeal fee until November 24, 2016 as Joseph F. Kasor, Esq. who conducted the trial as of-counsel of Bhatia & Associates PLLC, is occupied as his aunt has been hospitalized in the intensive care unit and she is on ventilator.

MOVING PARTY: LITTLE INDIA STORES INC., LITTLE INDIA GROCERY INC., SUSHMA GUPTA, SHIPRA DOE, and RAJAN DOE.
[ ] Plaintiff   [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

OPPOSING PARTY: SANTIAGO TORRALBA AND ALEJANDRO ZACATENCO

MOVING ATTORNEY: Satish K. Bhatia Bhatia & Associates PLLC
OPPOSING ATTORNEY: Joshua Butnick Law Office of Joshua Butnick
[name of attorney, with firm, address, phone number and e-mail]

38 West 32nd Street Suite 1511 New York, NY 10001
T(212) 239 6898
satishbhatiaus@yahoo.com

40 Wall Street 28th Floor New York, NY 10005
T (212) 362 1197
jbutnick@butnicklaw.com

Court-Judge/Agency appealed from: **Honorable Gabriel W. Gorenstein**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?        [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: _____

Signature of Moving Attorney: _____  Date: 11/9/2016   Service by: [✓] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Form T- 1080 was sent by United States Mail, postage prepaid on November 9, 2016 and by email on November 9, 2016, to:

Joshua Butnick

jbutnick@butnicklaw.com

Satish K. Bhatia, Esq.

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
----------------------------------------------------------------X
SANTIAGO TORRALBA
ALEJANDRO ZACATENCO
On behalf of themselves and those similarly situated,

                Plaintiffs,                **Civil Action No. 16-3385cv**

              -against-


LITTLE INDIA STORES INC., LITTLE INDIA
GROCERY INC., SUSHMA GUPTA, SHIPRA
DOE, and RAJAN DOE,
                Defendants.
----------------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME TO FILE FORMS C AND D AND APPEAL FEE

Satish K. Bhatia, the attorney of the record for defendants except Rajan Doe affirms under penalty of perjury as follows:

1) I am attorney of record for the defendants except Rajan Doe.

2) Mr. Joseph Kasper conducted the trial as of Counsel of Bhatia & Associates PLLC.

3) The District Court granted judgement in favor the plaintiffs for attorney's fees and costs in sum of $92,979.58.

4) The defendants Little India Stores Inc., Sushma Gupta, and Shirpa Doe filed a Notice of Appeal awarding attorney's fees.

5) The trial as well as appeal is virtually conducted by Joseph Kasper as of Counsel of Bhatia & Associates PLLC.

6) I was on vacation in India from October 13 to November 7, 2016, I came back today and noticed the deadline for filing Forms C and D and appeal fee is November 7th.

7) I contacted Joseph Kasper by phone. Mr. Kasper informed me that I should seek extension as he was occupied as his aunt has been hospitalized in the intensive care unit for the last couple of weeks and currently she is on a ventilator. Mr. Kasper further informed me that he will not be able to devote any time in this case and in his other cases for another 2 weeks as the doctors are planning to remove the ventilator and in that case her chances of survival are very remote.

8) I am not able to file Forms C and D by myself as all the case records are with Joseph Kasper, kept in his own office at 105-30 Crossbay Blvd., Ozone Park, NY 11417.

Due to the above reasons the appellants are seeking extension of time to file Forms C and D and appeal fee until November 24, 2016.

Date: November 7, 2016

s/d
Satish K. Bhatia(SB9222)
Bhatia & Ass. PLLC
38W 32nd St., Suite 1511
New York, NY 10001
Telephone: (212)239-6898
Fax: (212) 594-7980
satishbhatiaus@yahoo.com

### CERIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Extension of Time was sent by United States Mail, postage prepaid on November 7, 2016 and also by email on November 7, 2016, to:

Joshua Butnick
jbutnick@butnicklaw.com

s/d
Satish K. Bhatia(SB9222)